**Opinion issued January 14, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-01046-CV

———————————

## IN RE HANDS OF HEALING RESIDENTIAL TREATMENT CENTER, INC. AND ALL OCCUPANTS, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relators, Hands of Healing Residential Treatment Center, Inc. and All Other Occupants, filed an emergency petition for writ of mandamus, contending that respondent, the Honorable Theresa Chang, abused her discretion in failing to set a supersedeas bond and stay proceedings under section 24.007 of the Texas Property

Code.[1] Relators have filed a motion to dismiss their petition stating that respondent has set a supersedeas bond and requesting that their petition be dismissed. Although relators' motion does not include a certificate of conference, it contains a certificate of service stating that the motion was served on respondent and real party in interest and has been on file with the Court for more than ten days. Neither real party in interest nor respondent has expressed opposition to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

We grant relators' motion to dismiss and dismiss the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

---

[1] The petition identifies the underlying case as *John Havenar v. Hands of Healing Residential Treatment Center, Inc. and All Occupants*, Cause No. 974802, in the County Civil Court at Law No. 2 of Harris County, Texas, the Honorable Theresa Chang, presiding. Real party in interest in this original proceeding is John Havenar.